UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terrance M. Carter,   Case No. 3:19-cv-2191

      Plaintiff

v.   MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security,

      Defendant

Before me is the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. filed on July 8, 2020. (Doc. No. 14). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day period has elapsed, and no objections have been filed.

Following review of Judge Baughman's R & R, I adopt it in its entirety as the Order of the Court. This *pro se* action is dismissed without prejudice for failure to prosecute and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e).

So Ordered.

                                                    s/ Jeffrey J. Helmick
                                                    United States District Judge